# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

Fifth Cir. Case NO. **19-60662**

**Dennis Hopkins, et al** vs. **Delbert Hosemann**
(Short Title)

The Clerk will enter my appearance as Counsel for **Secretary of State Delbert Hosemann, in his official capacity**

(Please list names of all parties represented, attach additional pages if necessary.)
**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae
☑ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

(Signature)

e-mail: jmath@ago.state.ms.us

**Justin Lee Matheny** (Type or print name)
**MS Bar# 100754** (State/Bar No.)

**Special Assistant Attorney General** (Title, if any)
☑ Male  ☐ Female

**Office of the Attorney General** (Firm or Organization)

Address: **Post Office Box 220**
City & State: **Jackson, Mississippi**    Zip: **39205**
Primary Tel.: **(601)359-3825**    Cell Phone: **601-951-0419**

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel: Krissy Casey Nobile**

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
☑ Yes  ☐ No
(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes  ☐ No
(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☑ Yes  ☐ No
(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case_____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
**See attached sheet**

Name of Court or Agency_____

Status of Appeal (if any)_____
Other Status (if not appealed)_____
**NOTE: Attach sheet to give further details.**

DKT-5A REVISED February 2017

Attachment - Notice of Form for Appearance

B. Inquiry of Counsel

The following case is currently pending in the Fifth Circuit which involves the same, substantially the same, similar or related issue(s):

*Dennis Hopkins, et al. v. Secretary of State Delbert Hosemann, in his official capacity*, Fifth Circuit Cause No. 19-60662 - United States District Court for the Southern District of Mississippi, Civil Action No. 3:18cv188-DPJ-FKB

Additionally, the following case is now pending in a District Court within the Fifth Circuit which would likely be appealed to the Fifth Circuit, and the case is on its way to the Fifth Circuit, in that a currently pending petition for interlocutory review has been filed:

*Dennis Hopkins, et al. v. Secretary of State Delbert Hosemann, in his official capacity*, Fifth Circuit Cause No. 19-00024 - United States District Court for the Southern District of Mississippi, Civil Action No. 3:18cv188-DPJ-FKB