# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 24, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-60678,  Consolidated with 19-60662
                     Dennis Hopkins, et al v. Delbert Hosemann
                     USDC No. 3:18-CV-188

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

Ms. Nancy Abudu
Ms. Janet A. Gochman
Ms. Lisa S. Graybill
Mr. Justin Lee Matheny
Ms. Krissy C. Nobile
Ms. Paloma Wu
Mr. Jonathan K. Youngwood

**P.S. to Counsel:** The attached order directs counsel to submit an agreed briefing schedule; or submit any scheduling disagreements remaining. Counsel are hereby instructed to use the event "Letter Filed" which is found under the "Motion, Response, Reply" category, to submit either the agreed briefing schedule or any scheduling disagreements remaining. The letter must be electronically filed by 5 pm (CST) on September 26, 2019.

Also, a revised copy of the consolidated case caption is enclosed for use on all future filings.

Consolidated Case Caption

No. 19-60662

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

Plaintiffs - Appellees

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

Defendant - Appellant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Consolidated with 19-60678

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

Plaintiffs - Appellees Cross-Appellants

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

Defendant - Appellant Cross-Appellee