IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-60678
_____

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

    Plaintiffs - Appellees Cross-Appellants

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

    Defendant - Appellant Cross-Appellee

_____

Appeal from the United States District Court
for the Southern District of Mississippi
_____

O R D E R:

    IT IS ORDERED that appellees' unopposed motion to consolidate cases 19-60678 and 19-60662 for briefing and oral argument purposes is GRANTED.

IT IS FURTHER ORDERED that appellees' opposed motion to expedite the appeals is GRANTED in part as follows: the consolidated cases shall be set for oral argument the week of December 2, 2019, with the final reply brief due November 17, 2019. The parties are ordered to confer about the interim briefing schedule and agree on same no later than September 26, 2019, submitting said agreed scheduled to the court by 5:00 p.m. that day. If there are any scheduling disagreements remaining, they should be jointly noted by 5:00 p.m. on September 26, 2019. Any briefing deadlines previously set in this case are vacated.

IT IS FURTHER ORDERED that appellees' motion to expedite the ruling on motion is DENIED as moot.

Signed: 9-24-2019

                                                             /s/ Catharina Haynes
                                                              CATHARINA HAYNES
                                                      UNITED STATES CIRCUIT JUDGE