# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et al v. Delbert Hosemann
    USDC No. 3:18-CV-188

The court has mooted the unopposed motion of Delbert Hosemann in 19-60662 to consolidate cases 19-60662 and 19-60678, in light of the court order entered on 9/24/19 granting appellees' motion filed in 19-60678 to consolidate cases 19-60662 and 19-60678.

The court has granted the unopposed motion of Delbert Hosemann to supplement the record on appeal with the district court record from case 3:17-CV-791 in these cases. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

    Sincerely,

    LYLE W. CAYCE, Clerk

    *Mary Stewart*

    By: _____
    Mary C. Stewart, Deputy Clerk
    504-310-7694

Ms. Nancy Abudu
Ms. Janet A. Gochman
Ms. Lisa S. Graybill
Mr. Arthur S. Johnston III
Mr. Justin Lee Matheny
Ms. Krissy C. Nobile
Ms. Paloma Wu
Mr. Jonathan K. Youngwood