# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-3539

E-mail Address
jyoungwood@stblaw.com

BY CM/ECF

September 26, 2019

Re:   Briefing schedule for *Hopkins et al. v. Hosemann*, No. 19-60662, <u>consolidated with *Hopkins et al. v. Hosemann*, No. 19-60678</u>

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Dear Mr. Cayce:

We are counsel to the Plaintiffs-Appellees Cross-Appellants in the above-captioned consolidated actions (the "*Hopkins* appeals").

On September 24, 2019, the Court issued an Order consolidating and expediting the *Hopkins* appeals. The Court's Order provides that the final reply brief is due on Sunday, November 17, 2019; and that the *Hopkins* appeals will be set for oral argument during the week of December 2, 2019. The September 24, 2019 Order further instructs that the parties must "confer about the interim briefing schedule and agree on same no later than September 26, 2019, submitting said agreed schedule to the [C]ourt by 5:00 pm that day."

In accordance with the September 24, 2019 Order, the parties have conferred and agreed to the following consolidated briefing schedule for the *Hopkins* appeals:

Defendant-Appellant Cross-Appellee's principal brief is due October 16, 2019.

Plaintiffs-Appellees Cross-Appellants' principal and response brief is due October 30, 2019.

Defendant-Appellant Cross-Appellee's response and reply brief is due November 8, 2019.

Plaintiffs-Appellees Cross-Appellants' reply brief is due November 17, 2019.

Simpson Thacher & Bartlett LLP

Mr. Lyle W. Cayce                          - 2 -                          September 26, 2019

The parties thank the Court for its consideration.

Sincerely,

/s/ Jonathan K. Youngwood

Jonathan K. Youngwood

cc:     All counsel of record (by CM/ECF)