# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 17, 2019

Ms. Krissy C. Nobile
Mississippi Attorney General's Office
Civil Litigation
550 High Street
Jackson, MS 39205

    No. 19-60662    Dennis Hopkins, et al v. Delbert Hosemann
                        USDC No. 3:18-CV-188

Dear Ms. Nobile,

We have determined that your appellant's brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The caption needs to appear all together on the same page.

The caption on the brief does not match the Court's Official Caption as required by FED. R. APP. P. 32(a)(2)(C). See the Official Caption, below:

---

Case No. 19-60662

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

                  Plaintiffs - Appellees

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

                Defendant - Appellant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Consolidated with 19-60678

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

                Plaintiffs - Appellees Cross-Appellants

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

                Defendant - Appellant Cross-Appellee

Record References: The citations to the record do not follow the format required. Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. The use of "id" is not permitted when citing to the record on appeal. See FED. R. APP. P. 28(a)(8)(A) and 5TH CIR. R. 28.2.2. See for examples of record on appeal citations. (The record citation is not in proper format on page 3 – ROA.19-60662.[#])

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Mary Stewart*
Mary C. Stewart, Deputy Clerk
504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Caren E. Short
    Ms. Paloma Wu
    Mr. Jonathan K. Youngwood