# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2019

Ms. Krissy C. Nobile
Mississippi Attorney General's Office
Civil Litigation
550 High Street
Jackson, MS 39205

    No. 19-60662 consolidated with 19-60678 Dennis Hopkins, et al v. Delbert Hosemann
USDC No. 3:18-CV-188

Dear Ms. Nobile,

We have reviewed your electronically filed Record Excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5ᵀᴴ Cɪʀ. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5ᵀᴴ Cɪʀ. R. 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Mary Stewart*
Mary C. Stewart, Deputy Clerk
504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Caren E. Short
    Ms. Paloma Wu
    Mr. Jonathan K. Youngwood