# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 31, 2019

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

   No. 19-60662  Dennis Hopkins, et al v. Delbert Hosemann
consol w/19-60678 USDC No. 3:18-CV-188
          USDC No. 3:18-CV-188

Dear Mr. Youngwood,

We have reviewed your electronically filed Record Excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5TH CIR. R. 30.1.7(c).

         Sincerely,

         LYLE W. CAYCE, Clerk

         By: _____
         Rebecca L. Leto, Deputy Clerk
         504-310-7703

cc: Ms. Nancy Abudu
   Ms. Janet A. Gochman
   Ms. Lisa S. Graybill
   Mr. Justin Lee Matheny
   Ms. Krissy C. Nobile
   Ms. Caren E. Short
   Ms. Paloma Wu