# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2019

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

     No. 19-60662   Dennis Hopkins, et al v. Delbert Hosemann
consol w/19-60678   USDC No. 3:18-CV-188

Dear Mr. Youngwood,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.  Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Rebecca L. Leto, Deputy Clerk
    504-310-7703

cc:  Ms. Nancy Abudu
     Ms. Janet A. Gochman
     Ms. Lisa S. Graybill
     Mr. Justin Lee Matheny
     Ms. Krissy C. Nobile
     Ms. Caren E. Short
     Ms. Paloma Wu