# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 05, 2019

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

    No. 19-60662   Dennis Hopkins, et al v. Delbert Hosemann
                     USDC No. 3:18-CV-188
                     USDC No. 3:18-CV-188

Dear Mr. Youngwood,

The paper copies of your brief require the following corrections within the next 5 days.

The continuation of the caption needs to be on a separate page not on the back of the cover. You may send 7 copies of the red cover and 7 copies of the continuation of the caption.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      */s/ Mary Stewart*
                                      By: _____
                                      Mary C. Stewart, Deputy Clerk
                                      504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Krissy C. Nobile
    Ms. Caren E. Short
    Ms. Paloma Wu