# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 05, 2019

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

    No. 19-60662   Dennis Hopkins, et al v. Delbert Hosemann
                       USDC No. 3:18-CV-188
                       USDC No. 3:18-CV-188

Dear Mr. Youngwood,

The paper copies of your record excerpts require the following correction(s) within the next 5 days.

The continuation of the caption needs to be on a separate page and not on the back of the cover. (Send 4 copies of the white cover and 4 copies of the continuation of the caption)

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Krissy C. Nobile
    Ms. Caren E. Short
    Ms. Paloma Wu