No. 19-60662

# United States Court of Appeals For the Fifth Circuit

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of others similarly situated; JON O'NEAL, individually and on behalf of a class of others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of others similarly situated,

*Plaintiffs-Appellees,*

-v-

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

*Defendant-Appellant.*

*(For Continuation of Caption See Next Page)*

On appeal from the United States District Court
for the Southern District of Mississippi, Northern Division
District Court Case No. 3:18-CV-188-DPJ-FKB

**MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE*
AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI AND
MISSISSIPPI STATE CONFERENCE NAACP
FOR PLAINTIFFS-APPLLEES CROSS-APPELLANTS AND REVERSAL**

Carroll Rhodes
Law Offices of Carroll Rhodes
Mississippi NAACP
P.O. Box 588
Hazlehurst, MS 39083
(601) 894-1464
crhodes6@bellsouth.net

Joshua Tom
ACLU of MS
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
jtom@aclu-ms.org

*Counsel for Amici Curiae*

Consolidated with 19-60678

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees Cross-Appellants*,

– v. –

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

*Defendant-Appellant Cross-Appellee*.

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

No. 19-60662, *Dennis Hopkins, et al. v. Secretary of State Delbert Hosemann, in his official capacity*, the undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

*AMICI*:

American Civil Liberties Union of Mississippi
"ACLU of MS"
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408

Mississippi State Conference
National Association for the Advancement of Colored People
"Mississippi NAACP"
1072 W Lynch Street Suite 10
Jackson, MS 39203

ATTORNEYS FOR *AMICI*:

Joshua Tom
ACLU of MS
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
jtom@aclu-ms.org

Carroll Rhodes
LAW OFFICES OF
CARROLL RHODES
Mississippi NAACP
P.O. Box 588
Hazlehurst, MS 39083
crhodes6@bellsouth.net

**PLAINTIFFS-APPELLEES CROSS-APPELLANTS:**

The Appellants are Dennis Hopkins, Herman Parker, Jr., Walter Wayne Kuhn Jr., Byron Demond Coleman, Jon O'Neal, and Earnest Willhite.

**ATTORNEYS FOR PLAINTIFFS-APPELLEES CROSS-APPELLANTS:**

Paloma Wu
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
(601) 948-8882
Paloma.Wu@splcenter.org

Lisa Graybill
SOUTHERN POVERTY LAW CENTER
1055 St. Charles Avenue
New Orleans, Louisiana 70130
(504) 486-8982
Lisa.Graybill@splcenter.org

Nancy G. Abudu
Caren E. Short
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, Georgia 30031
(404) 521-6700
Nancy.Abudu@splcenter.org
Caren.Short@splcenter.org

Jonathan K. Youngwood
Janet A. Gochman
Isaac M. Rethy
Nihara K. Choudhri
Tyler Anger
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
tyler.anger@stblaw.com

**DEFENDANT-APPELLANT CROSS-APPELLEE:**

The Appellee is Delbert Hosemann, in his official capacity as the Secretary of State of Mississippi.

**ATTORNEYS FOR DEFENDANT-APPELLANT CROSS-APPELLEE:**

Justin L. Matheny
Krissy C. Nobile
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

Telephone: (601) 359-3680
Facsimile: (601) 359-2003
jmath@ago.state.ms.us
knobi@ago.state.ms.us

/s/*Carroll Rhodes*

Carroll Rhodes
Law Offices of Carroll Rhodes
Mississippi NAACP
P.O. Box 588
Hazlehurst, MS 39083
(601) 894-1464
crhodes6@bellsouth.net

Joshua Tom
ACLU of MS
233 East Capitol Street
Jackson, MS 39211
(601) 354-3408
jtom@aclu-ms.org

*Counsel For Amici Curiae*

# ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 29, Movants seek leave to file the attached brief as *amici curiae* in support of Plaintiffs-Appellees Cross-Appellants. Movants are the American Civil Liberties Union of Mississippi ("ACLU of MS") and the Mississippi State Conference National Association for the Advancement of Colored People ("Mississippi NAACP"). The ACLU of MS is a statewide nonprofit, nonpartisan organization with nearly 1500 members dedicated to the principles of liberty and equality embodied in the Constitution and our nation's civil rights laws. A core mission of the ACLU of MS is to protect the rights of voters in Mississippi and to improve access to voting through litigation, advocacy, and lobbying efforts. The Mississippi NAACP is a nonprofit civil rights organization working to ensure the political equality of all citizens and to remove all discriminatory barriers standing in the way of Mississippi residents exercising their right to vote.

Movants oppose the lifetime disenfranchisement of felons pursuant to Section 241 of the Mississippi Constitution. They seek to file their *amicus* brief to demonstrate how the denial of the right to vote adversely impacts nearly every aspect of everyday life in Mississippi due to the sheer magnitude of elected offices in Mississippi state government and, perhaps more significantly, local county boards. The *amicus* brief provides a Mississippi-specific showing that the

consequences of lifetime disenfranchisement constitute a severe "affirmative disability," *Kennedy v. Mendoza-Martinez*, 372 U.S. 144, 168 (1963), rendering Section 241's disenfranchisement sanction penal in character and effect for purposes of the Eighth Amendment's prohibition against cruel and unusual punishment.

Plaintiffs-Appellees Cross-Appellants have consented to the filing of the attached *amicus* brief. Defendant-Appellant Cross-Appellee Delbert Hosemann, Secretary of State of Mississippi, however, declined to consent to the filing of this brief. In accordance with Fifth Circuit Rule 29.1, this motion to file and accompanying brief are timely because they are being submitted "within 7 days after the filing of the principal brief of the party whose position the *amicus* brief will support."

For the foregoing reasons, Movants ask the Court to grant leave to file the attached *amicus* brief in support of Plaintiffs-Appellees Cross-Appellants.

November 6, 2019                              Respectfully submitted,

                                          /s/*Carroll Rhodes*
                                          Carroll Rhodes
                                          Law Offices of Carroll Rhodes
                                          Mississippi NAACP
                                          P.O. Box 588
                                          Hazlehurst, MS 39083
                                          (601) 894-1464
                                          crhodes6@bellsouth.net

                                          Joshua Tom
                                          ACLU of MS
                                          233 East Capitol Street
                                          Jackson, MS 39201
                                          (601) 354-3408
                                          jtom@aclu-ms.org


                                          *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Leave to File Brief for *Amici Curiae* was filed electronically on November 6, 2019 and will, therefore, be served electronically upon all counsel.

*/s/Carroll Rhodes*
Carroll Rhodes

*Counsel for Amici Curiae*

# CERTIFICATE OF COMPLIANCE

The undersigned certifies that

1,      This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and 5th Cir. R. 27.4 because this motion contains 352 words.

2,      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word and is set in Times New Roman font in a size equivalent to 14 points or larger.

/s/ *Carroll Rhodes*
Carroll Rhodes

*Counsel for Amici Curiae*