# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

November 07, 2019

Ms. Ashley Ivy Kissinger
Suite 200
5480 Valmont Road
Boulder, CO  80301-2369

    No. 19-60662     Dennis Hopkins, et al v. Delbert Hosemann
                         USDC No. 3:18-CV-188
                         USDC No. 3:18-CV-188

Dear Ms. Kissinger,

The following pertains to your electronically filed appearance form.

The submitted appearance form does not match the registered attorney.  Each attorney must file on her own behalf using her login and password.


                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Linda B. Miles, Deputy Clerk
                                      504-310-7793