# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 07, 2019

Mr. Andrew T. Tutt
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001

    No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et al v. Delbert Hosemann
    USDC No. 3:18-CV-188

Dear Mr. Tutt,

We received your Opposed Motion to File a Brief as Amici Curiae in Support of Plaintiffs-Appellees filed by Cato Institute, DKT Liberty Project, and Due Process Institute. In light of the entry of the motion was not applied to both 19-60662 and 19-60678, it was only filed in 19-60662, we are taking no action on this motion.

Counsel will need to refile the motion with the unfiled amici curiae brief attached and apply it to both 19-60662 and 19-60678.

    Sincerely,

    LYLE W. CAYCE, Clerk

    *Mary Stewart*
    By: _____
    Mary C. Stewart, Deputy Clerk
    504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Krissy C. Nobile
    Mr. Louis Peter Petrich
    Mr. Carroll E. Rhodes
    Ms. Caren E. Short
    Ms. Paloma Wu
    Mr. Jonathan K. Youngwood