# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 12, 2019

Ms. Krissy C. Nobile
Mississippi Attorney General's Office
Civil Litigation
550 High Street
Jackson, MS 39205

  No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et
   al v. Delbert Hosemann
     USDC No. 3:18-CV-188

Dear Ms. Nobile,

You must submit the 7 paper copies of your Cross-Appellee's Brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Mary Stewart*

        By: _____
        Mary C. Stewart, Deputy Clerk
        504-310-7694

cc:
  Ms. Nancy Abudu
  Ms. Janet A. Gochman
  Ms. Lisa S. Graybill

Mr. Justin Lee Matheny
Mr. Louis Peter Petrich
Mr. Carroll E. Rhodes
Ms. Caren E. Short
Mr. Andrew T. Tutt
Ms. Paloma Wu
Mr. Jonathan K. Youngwood