No. 19-60662

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees*

V.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

*Defendant-Appellant*

(*Continuation of Caption on Following Page*)

_____

**On Appeal from the United States District Court
for the Southern District of Mississippi**

_____

# SECRETARY OF STATE HOSEMANN'S NON-OBJECTION TO THE MISSISSIPPI ACLU'S MOTION TO FILE AMICUS CURIAE BRIEF

Krissy C. Nobile, MSB # 103577
Justin L. Matheny, MSB # 100754
STATE OF MISSISSIPPI
ATTORNEY GENERAL'S OFFICE
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3824
knobi@ago.ms.gov
justinmatheny@ago.ms.gov

*Counsel for Defendant-Appellant Cross-Appellee Secretary of State Delbert Hosemann*

───────────────────────────────

**Consolidated with No. 19-60678**

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees Cross-Appellants*

V.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

*Defendant-Appellant Cross-Appellee*

───────────────────────────────

## **CERTIFICATE OF INTERESTED PARTIES**

*Case No. 19-60662 consolidated with No. 19-60678*

Undersigned counsel certifies that the following listed persons have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

1. Dennis Hopkins, Herman Parker, Jr., Walter Wayne Kuhn Jr., Byron Demond Coleman, Jon O'Neal, and Earnest Willhite, Plaintiffs-Appellees Cross-Appellants;

2. Janet A. Gochman, Isaac Rethy, Jonathan K. Youngwood, Nihara Karim Choudhri, Tyler A. Anger, Simpson, Thacher & Bartlett, LLP, Attorneys for Plaintiffs-Appellees Cross-Appellants;

3. Paloma Wu, Lisa S. Graybill, Caren E. Short, Nancy G. Abudu, The Southern Poverty Law Center, Attorneys for Plaintiffs-Appellees Cross-Appellants;

4. Secretary of State Delbert Hosemann, in his official capacity, Defendant-Appellant Cross-Appellee;

5. Justin L. Matheny, Krissy C. Nobile, Mississippi Office of the Attorney General Attorney, Attorneys for Defendant-Appellant Cross-Appellee.

SO CERTIFIED, this the 18th day of November, 2019.

/s/ *Krissy C. Nobile*
Krissy C. Nobile

# NON-OBJECTION TO THE AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI AND THE MISSISSIPPI STATE CONFERENCE NAACP'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Defendant-Appellant Cross-Appellee the Mississippi Secretary of State, in his official capacity, does not object to the American Civil Liberties Union of Mississippi and the Mississippi NAACP's ("ACLU Amici") motion for leave to file an amicus brief.

Just two days before the Secretary of State's response and reply brief was due in this expedited appeal, three amici moved for leave to file proposed briefs. Two of the three proposed amicus briefs—the proposed briefs of the American Probation and Parole Association ("APPA") and the Cato Institute—raise *new* arguments that plaintiffs *have never asserted*.[1] Because these two amici raise new arguments never asserted by plaintiffs, and because of the lack of a meaningful opportunity to respond to the new arguments in light of this appeal's expedited schedule, the Secretary of State has filed oppositions to the motions filed the APPA and the Cato Amici.

For corresponding reasons, though, the Secretary does not object to the ACLU Amici's motion. The ACLU Amici's proposed brief does not raise new arguments never asserted by plaintiffs. Instead, the proposed brief of the ACLU Amici focuses on the Hopkins plaintiffs' Eighth Amendment challenge to felony

---

[1] *Voices for Int'l Business and Education, Inc. v. NLRB*, 905 F.3d 770, 775 n.6 (5th Cir. 2018) ("[W]e do not consider arguments raised by an amicus that the party it is supporting never made.").

disenfranchisement, and the proposed brief contends that disenfranchisement is an "affirmative disability." ACLU Amici Br. at 4. The Secretary addressed this argument on page 49 of his response and reply brief.

Additionally, the proposed brief of the ACLU Amici largely makes policy arguments concerning felony disenfranchisement. As also noted in the Secretary's response and reply brief, these policy arguments are addressed to the wrong forum. *See Richardson v. Ramirez*, 418 U.S. 24, 55 (1974) (explaining that the Court "would by no means discount these [policy] arguments if addressed to the legislative forum which may properly weigh and balance them").

Thus, even though this appeal is expedited and the Secretary had only 48 hours to respond to the proposed amicus brief, the Secretary does not object to the ACLU Amici's motion because, unlike the other two proposed amicus briefs, the ACLU Amici's proposed brief does not raise new arguments that plaintiffs never asserted.

              Respectfully submitted,

              **SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity**

**BY: JIM HOOD, ATTORNEY GENERAL**

By: /s/ *Krissy C. Nobile*
Justin L. Matheny (Bar No. 100754)
Krissy C. Nobile (Bar No. 103577)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3824
justinmatheny@ago.ms.gov
knobi@ago.ms.gov

*Counsel for Secretary of State Delbert Hosemann, in his official capacity*

# **CERTIFICATE OF SERVICE**

I, Krissy C. Nobile, certify that I electronically filed this brief with the Clerk of the Court, using the electronic filing system, which sent notification of such filing to all counsel of record.

Dated: November 18, 2019.

*/s/ Krissy C. Nobile*
Krissy C. Nobile
Counsel for the Secretary of State

# **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND TYPE STYLE REQUIREMENTS**

This brief complies with word limitations of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32, it contains 398 words.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally-spaced typeface, including serifs, using Word, in Times New Roman 14-point font, except for the footnotes, which are in proportionally-spaced typeface, including serifs, using Word in Times New Roman 12-point font.

> Respectfully submitted,
>
> */s/ Krissy C. Nobile*
> Krissy C. Nobile
> Counsel for the Secretary of State