# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

> No. 19-60662 Consolidated with 19-60678 Dennis  Hopkins,  et
> al v. Delbert Hosemann
>               USDC No. 3:18-CV-188

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Ms. Nancy Abudu
Ms. Janet A. Gochman
Ms. Lisa S. Graybill
Mr. Justin Lee Matheny
Ms. Krissy C. Nobile
Mr. Louis Peter Petrich
Mr. Carroll E. Rhodes
Ms. Caren E. Short
Mr. Andrew T. Tutt
Ms. Paloma Wu
Mr. Jonathan K. Youngwood