# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2019

Mr. Carroll E. Rhodes
Law Offices of Carroll Rhodes
119 Downing Street
P.O. Box 588
Hazlehurst, MS 39083-0000

  No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et
   al v. Delbert Hosemann
     USDC No. 3:18-CV-188

Dear Mr. Rhodes,

The following pertains to your brief electronically filed on November 19, 2019.

We filed your brief. However, you must make the following corrections by November 21, 2019.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with FED. R. APP. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below) (The word Secretary is misspelled in the caption for 19-60662 on the cover of the brief)

The Statement pursuant to FRAP 29(a)(4)(E) appears to be missing.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Krissy C. Nobile
    Mr. Louis Peter Petrich
    Ms. Caren E. Short
    Mr. Andrew T. Tutt
    Ms. Paloma Wu
    Mr. Jonathan K. Youngwood

Case No. 19-60662

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

    Plaintiffs - Appellees

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

    Defendant - Appellant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Consolidated with 19-60678

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

    Plaintiffs - Appellees Cross-Appellants

v.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

    Defendant - Appellant Cross-Appellee