# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 21, 2019

Mr. Carroll E. Rhodes
Law Offices of Carroll Rhodes
119 Downing Street
P.O. Box 588
Hazlehurst, MS 39083-0000

    No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et al v. Delbert Hosemann
        USDC No. 3:18-CV-188

Dear Mr. Rhodes,

You must submit the 7 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 by November 25, 2019. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Mary Stewart*

        By: _____
        Mary C. Stewart, Deputy Clerk
        504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny

Ms. Krissy C. Nobile
Mr. Louis Peter Petrich
Ms. Caren E. Short
Mr. Joshua Tom
Mr. Andrew T. Tutt
Ms. Paloma Wu
Mr. Jonathan K. Youngwood