# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 22, 2019

Mr. Louis Peter Petrich
Ballard Spahr, L.L.P.
2029 Century Park E.
Suite 800
Los Angeles, CA 90067

No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et al v. Delbert Hosemann
USDC No. 3:18-CV-188

Dear Mr. Petrich,

You must submit the 7 paper copies of your amicus curiae brief required by 5th Cir. R. 31.1 by November 26, 2019. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny

Ms. Krissy C. Nobile
Mr. Carroll E. Rhodes
Ms. Caren E. Short
Mr. Joshua Tom
Mr. Andrew T. Tutt
Ms. Paloma Wu
Mr. Jonathan K. Youngwood