# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 21, 2019

Mr. Andrew T. Tutt
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001

        No. 19-60662    Dennis Hopkins, et al v. Delbert Hosemann
                        USDC No. 3:18-CV-188
                        USDC No. 3:18-CV-188

Dear Mr. Tutt,

You must submit the 7 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 by November 25, 2019.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.  Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Mary Stewart*

                         By: _____
                         Mary C. Stewart, Deputy Clerk
                         504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Krissy C. Nobile
    Mr. Louis Peter Petrich

Mr. Carroll E. Rhodes
Ms. Caren E. Short
Mr. Joshua Tom
Ms. Paloma Wu
Mr. Jonathan K. Youngwood