Lawrence L Crawford aka
Jonah Gabriel Tah-tah + Tishbite
#300839 F3A-RM U45
Lee C.I. 990 Wisacky Hwy
Bishopville, SC 29010

U.S. COURT OF APPEALS RECEIVED JAN 07 2020 FIFTH CIRCUIT

Re: to cases 19-60662 And 19-60678 motioning to intervene out of time and or beyond the time limit.

Dear Ms Mary Stewart,

Mam I was told that you are the case manager on the

1 of 9

Above captioned cases. Please excuse my tracing my letters. I am laboring under a life long disability to my hands caused by the defendants in these multi district litigation sought cases.

Please excuse my writing on the back of these documents. The defendants are engaging in acts of obstruction denying me paper to hinder and impede my ability to respond. I motioned within the attached documents to suspend the Rules because of this. Cause

2 of 9

and prejudice is established justifying the granting of the motion.

I know that this particular document is over (20) pages. Within the submitted document is a motion to exceed the page limit for this particular document allowing filing.

Ms. Stewart we are dealing with (3) documents in total. The first document is entitled Affidavit of Facts Giving Judicial Notice; motion to intervene out of time and or beyond the time limits; motion to expand the scope and

for inclusion ; motion to consolidate and motion to motion therefor, (20) pages dated December 19, 2019. From what I was told the 5th Circuit received this document on December 26, 2019.

The second document is entitled Affidavit of Facts Giving Judicial Notice ; motion to supplement the previously filed motion to intervene in cases 19-60678 and 19-60662; motion to transfer the Writ of Mandamus and all seeking leave motions to supplement the motion

to intervene, are, (12) pages dated December 22, 2019. From what I was told the 5th Circuit received this document December 30, 2019.

Ms. Stewart mam, if these two documents have not been forwarded to you to be filed in these cases. They may be sitting under case 19-60011. Please get with the case manager in that case and see that a copy of these two documents are filed in both cases 19-60662 and 19-60678 for purposes of intervention.

5 of 9

Attached is the 3rd document that is to be filed in the two mississippi cases for purposes of seeking to intervene.

Ms Stewart I was given notice that case 19-60611 was remanded and my motion to intervene in that case was denied. There was nothing in that order that determined or barred me from seeking to intervene in both cases 19-60662 and 19-60678. Also it is my contention that the order in

Case 19-6011 was issued in fraud circumventing ruling on the Writ of Mandamus. This a motion for reconsideration has been timely filed in that case.

Main since nothing in case 19-6011 prevented me from seeking to intervene in these two cases since the judges that preside over case 19-6011 do not preside over cases 19-60662 and 19-60678. I am entitled to a ruling from these independent judges in these two independent

7 of 9

CASES based upon the ARGUMENT I place before the court. This I seek an independent Ruling from both cases 19-60662 AND 19-60678.

Further case 19-60011 do not have any pleadings from case #. 19-CV-1400-TLW-BM filed in it seeking leave to APPEAL or supplement the defaulted mandamus Related to this independent case. Due to this distinct filing being sought filed in cases 19-60662 and 19-60678. This Also REQUIRES that a separate independent

Ruling related to this attached filing come directly from both cases 19-60662 and 19-60678. PLEASE obtain copy of the two previously referred two documents if they have been sent only to case 19-60611 and take this attached filing and file these (3) documents in both cases 19-60662 and 19-60678 to allow me to obtain the appropriate ruling. For this I would be grateful. Thank you.

December 3, 2019

Respectfully,

Jahjah Al mahdi

9 of 9