Court of Appeals
for the Fifth Circuit et al.

Appeal from the Texas District Court; The Mississippi District Court; The SC Richland Court; The SC US District Court et al.

Docket No(s) 19-60662; 19-60678 et al.

Lawrence L Crawford aka Jonah Gabriel Jah-Jah T. Tishbite et al., Interested Parties

Vs.

U.S. COURT OF APPEALS RECEIVED JAN 07 2020 FIFTH CIRCUIT

1 of 3

RON HARNES, MR Hopkins et al, plaintiffs

RESPONDENTS

vs.

Delbert Hoseman secretary of mississippi; The United States et. al,

RESPONDENTS

## Affidavit of Service

I, Jahjah Almahdi, do hereby certify, that I have mailed and or served a copy of my Affidavit of facts Giving Judicial

2 of 3

Notice; motion to supplement the previously filed motions to intervene; Notice seeking leave to appeal pursuant to 73(c) *** dated December 27, 2019 on the SC District Court, 5th circuit by US mail postage prepaid by depositing it in the institution mail-box on December 27, 2019. It is deemed filed that date, Houston v Lack, 287 US 266, 273-76, 108 SCt 2379 (1988). I motion to suspend rules for writing on the back of this paper.

Respectfully,
Jahjah Al mahdi

December 27, 2019

3 of 3