# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 16, 2020

#300839
Mr. Lawrence Crawford
Lee Correctional Institution
990 Wisacky Highway
Bishopville, SC 29010

      No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et
           al v. Delbert Hosemann
      USDC No. 3:18-CV-188

Dear Mr. Crawford,

We have received your motion dated December 31, 2019 and supporting documents in this case.

We are unable to determine what relief you are seeking. This court can only grant relief through a proper motion in a pending case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

Enclosure(s)

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Krissy C. Nobile
    Mr. Louis Peter Petrich
    Mr. Carroll E. Rhodes
    Mr. Joseph Patrick Sakai
    Ms. Caren E. Short
    Mr. Joshua Tom
    Mr. Andrew T. Tutt

Ms. Paloma Wu
Mr. Jonathan K. Youngwood