The COURT of APPEALS
For The ~~Fifth~~ Circuit Et Al.

DOCKET NO (S) 19-60678;
19-60662 Et Al.

U.S. COURT OF APPEALS
RECEIVED
JAN 10 2020
FIFTH CIRCUIT

LAWRENCE L CRAWFORD AKA ~~JOHAH~~
GABRIEL ~~JAH JAH~~ T. Tish bite Et Al.
                    iNTERESTED PARTY

Ron HARNES, MR. Hopkins Et
Al. plaintiffs

                    RESPONDENTS

            VS.

        1 of 10

74 (SC 1931); Fairbanks v Buchanan, 17 SC
Eq 45, Spreuers Eq 45, 1883 WL 2962;
United States v Fossatt, 62 US 445,
21 How 445, 1858 WL 9345; Wilkins
Immel Simmons, Inc. v Monnelly, 97
SO. 2d 496 (1957).

DELBERT HOSEMAN, SECRETARY OF
mississippi ; The United States
Et AL,

RESPONDENTS

_____

AFFIDAVIT of SERVICE

_____

I, JAHJAH AL MAHDI, do HEREby
certify, that I HAVE MAILED AND
OR SERVED A COPY OF AN AFFIDAVIT
of FACTS GIVING JUDICIAL NOTICE;
MOTION to ADVANCE the CAUSE;
MOTION FOR AN INJUNCTION AND
OR PROTECTIVE ORDER ; NOTICE
of LIEN AND MOTION to MOTION

2 of 10

Therefor on the 5th circuit court of Appeals by US mail postage prepaid by placing it in the institution mailbox on JANUARY 7, 2020.

Respectfully,
Jahjah Al mahdi

JANUARY 7, 2020

3 of 10

The Court of Appeals
For The Fifth Circuit et. Al.,

Docket No (s) 19-60678 ;
19-60662 et. Al.,

LAWRENCE L CRAWFORD AKA JONAH
GABRIEL JAH JAH T. Tishbite et. Al.,
interested party

RON HAYNES, mr Hopkins et.
Al., plaintiffs

RESPONDENTS

Vs.

4 of 10

Delbert Hoseman, secretary of
mississippi; The United states
et Al,

                    Respondents
            _____

Affidavit of facts Giving Judicial
Notice; motion to Advance the
cause; motion for an injunction
and or protective order; notice
of lien and motion to motion
therefor
            _____

        To: The 5th circuit court of
Appeals,
        The United states,
            5 of 10

The SC Attorney General,
The Secretary of Mississippi,
The Southern Poverty Law
Center Et Al.,

HERE the court and parties
in cases 19-60662 and 19-60678
will find:

(1) Exhibit, "Advance cause".
This is the Affidavit of facts giving
Judicial Notice; motion to Advance
the cause; ***, (15) pages dated
November 28, 2019 that was filed
in case 19-1001.

Based upon this document

6 of 10

I am officially motioning to
Advance the cause and for an
injunction and protective order
As sought by this document
under both cases 19-60662 and
19-60678. I motion to supplement
the prior pleading to seek this.

Inasmuch the threat of
immediate imminent danger
and harm to the King-Khalifah
has not gone away. Since the
time of the filing of the initial
document with the aid of other
inmates. The King-Khalifah

7 of 10

has thwarted two physical Assaults
And the other conditions Argued
that pose a threat to his health
still exist And has not changed.
The king Khalifah lives in constant
fear of not knowing when the
Next Attack may occur. Thus I
Renew the motion to AdvANce
the cause And seeking of the
Relief And Removal to federal
custody As is sought. Due to the
fraud to circumvent the default
on the mandamus that occurred
under case 19-1004 the 5th

8 of 10

Circuit Court Under cases 19-60662 and 19-60678 in fundamental fairness must now grant this relief. MARBURY v MADISON, 1 Cranch 137, 5 US 137, 1803 WL 893, 2 LEd 60 (US 1803), KENDALL v US Ex Rel STOKES, 37 US 524, 12 Pet. 524, 1838 WL 3946, 9 LEd 1181 (US 1838).

The court is not required or bound to adhere to strict order of their docket if there be any reason of justice, necessity or convenience from departing from it. This case will embarrass

9 of 10

the operation of the government if left unsettled. BRANNON POE, CPA, LLC v. STRAVOLO, SE 2d, 2016 WLL 2745274 (SC 2016); STATE v BROAD RIVER POWER CO, 164 SC 208, 162 SE 74 (SC 1931); Forbes v DeHon, 17 SC Eq 45, Speers Eq 45, 1843 WLL 2962; United States v Jossall, 62 US 455, 21 How 445, 1850 WLL 9345; ATLAS TRAVEL SERVICES, INC v MORELLY 97 S.O. 2d 496 (1957).

Respectfully,

Jahtah Al Mahdi