


Exhibit

"Advance Cause"

COURT of Appeals
For The Fifth CIRCUIT et AL.,

Appeal From The Texas District COURT, the SC Richland COURT; the KERSHAW GENERAL SESSIONS COURT et AL.,

---

LAWRENCE L CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE et AL.,
interested parties

Vs.

The United states et AL.,

Respondent

Vs.

The State of Texas et al,
Respondent

---

# Affidavit of Service

---

We, Jah Jah Al Mahdi et al, do hereby certify, that we have mailed and or served a copy of an Affidavit of facts giving Judicial Notice; motion to advance the cause; motion for an injunction and or protective order; Notice of lien and motion to motion therefor

on the 5th Circuit and all involved parties by US mail postage prepaid by depositing it in the institution mail box on December 1, 2019.

Respectfully
Jahjah Al Mahdi
[signature]
Anthony Cook
Anthony Cook
Yahya Muquit
Yahya Muqit
Ron Santa McCray
Appearing
Ron S McCray

December 1, 2019

COURT of Appeals
For the Fifth CIRCUIT Et Al,

Appeal From The Texas District
COURT, the SC Richland COURT;
the Kershaw General Sessions
COURT Et. Al,

LAWRENCE L CRAWFORD AKA JONAH
GABRIEL JAHJAH T. TISHBITE Et Al,
interested parties

Vs.

The United States Et Al,

RESPONDENT

Vs.

The State of Texas et al,
RESPONDENT

---

Affidavit of facts giving judicial notice; motion to advance the cause; motion for an injunction and or protective order; notice of lien and motion to motion therefor

---

To: The 5th Circuit Court of Appeals,
The United States,
The SC Attorney General,

Warden Nelson,
Warden Kendall,
Director Bryan Stirling et al,

I give the 5th Circuit and parties Judicial Notice. Please take notice that my address has changed. I am now at Lee CI in Bishopville S.C. On September 26 2019 when the con-spiring parties conducted that mock hearing in Richland County S.C. They failed to obtain the restrictive order they sought to prevent the petitioner(s) from filing and assisting the other inmates which by his

fiduciary duty is incumbent upon the King Khalifah. So in acts of machination the defendants and the United States came up with a plot to place the King Khalifah on statewide protective custody to prevent him from assisting the other inmates also for the purpose of engaging in a potential assassination attempt on the King Khalifah person. On November 15, 2019 at Lieber C.I. Wardens Nelson, Kendall, Stirling, the other Wardens at Lieber, Major Clark, the United States and other defendants in this case in acts of machination got chaplain

CURtino to perpetrate a sexual assault upon the King Khalifah by slapping him on his rear end while he came out Jummah service hoping he would attack him back to justify lock up and the present transfer. When the effort failed due to the King Khalifah restraining his anger. In violation of SCDC policy on sexual assault, the next day on Saturday November 16 Curtino come to the dorm to engage with the King Khalifah who he perpetrated this criminal act against knowing how he felt about homosexuality in any capacity hoping the King Khalifah

would assault him in retaliation which even in this instance did not occur. Once these two acts of machination failed. They then got Warden Kendall to come up with a plot to say an inmate sent him an anonymous tip that in that conversation that chaplain Curtino attempted to have with the King Khalifah, stated that the King Khalifah threatened to kill this man which of course no such threat was ever made witnessed by Steve Aiken another inmate who over heard their entire conversation which is why they had

to contrive this alleged anonymous tip. They have now then transferred the King-Khalifah who was victim to this sexual assault to Lee C.F. to the very dorm which the recent documented mass killing of inmates occurred informed by the news that made national attention on November 22, 2019. Since that time the King-Khalifah's life has been threatened at least twice. It is the King-Khalifah contention that these defendants have paid these inmates to perpetrate a potential assassination attempt to prevent this case from

moving forward. Thus the King-Khalifah's life is in threat of imminent physical danger. In alternate their hope is that I would complain to justify statewide PC to keep me from being in contact with the other inmates to cause harm to these class action sought proceedings from moving forward.

Additionally they placed the King-Khalifah in a cell with an inmate where he is subject to enormous amounts of second hand smoke from cigarettes, weed and crack placing his physical health

in imminent danger from these enormous amounts of second hand smoke. Due to this imminent threat to the King's life and health I motion to advance the cause under case 19-1004 and the case be moved to the front of the docket. Congress woman Sheila Jackson Lee and ACLU I am asking your assistance to ensure that this is done. To prevent any further attempts on the King Khafrah life as was constantly perpetrated in the past to which he bares the scars. We also motion for an injunction and or protective order

to be granted within (10) days of the filing of this document and the king-khalifah and the representative members of the class action and their property be immediately move to federal custody due to habeas corpus also being filed under both case 1:16-cv-14476-ADB and 1:18-cv-13459-NLH of these multi district litigation cases due to this threat of imminent danger where these devils have moved me and placed me in the very dorm where (13) inmates were recently killed and two threats of death have already been hurled at the king-khalifah since his arrival at

Lee C.I. The names of Wardens Kendall and Nelson are added to the pending cases as defendants due to the cause presently alleged. Their presence is in furtherance of the conspiracy. Get Rid of that sodomite clergy from Lieber C.I and transfer the king Khalifah back to Lieber until federal removal sought via the protective order pursuant to 28 USC § 1455(c).

An additional reason for this recent potential assassination attempt is that the state of South Carolina has recorded L8

A billion dollar surplus. They don't want this revenue attached. Lien (1-8) is now officially placed on this billion dollar surplus. It will be a beginning towards reparations via part of this money. A copy of this document will be filed with the state controller treasurer to establish lien on this surplus money that came in.

Respectfully,

Anthony Cook
Anthony Cook

Jahjah Al Mahdi
[signature]

Ron Santa McCray
Appearing
Ron S McCray

Yahya Muquit
Yahya Muquit

November 28, 2019

LAWRENCE L CRAWFORD
#300839 F3A-Rm 1145
LEE C.I. 990 Wisacky Hwy
Bishopville, SC 29010




The Court of Appeals
for The 5th Circuit
600 S. Maestri place
New Orleans LA.
70130

FOR LEGAL USE ONLY