Lawrence L Crawford aka
Jonah Gabriel JahJah T Tishbite
#300839 F3A-RM 1145
Lee C.I. 990 Wisacky Hwy
Bishopville, SC 29010

U.S. COURT OF APPEALS RECEIVED JAN 10 2020 FIFTH CIRCUIT

IN RE CASES 19-60662 AND
19-60678

To: The 5th Circuit,

The Attached documents are being filed for the purpose of seeking to advance the cause and for protective order

1 of 2

Please file in the above two captioned cases to allow the document to be adjudicated. Thank you in advance.

Respectfully,
Jah Jah Al Mahdi

January 7, 2020