# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 22, 2020

#300839
Mr. Lawrence Crawford
Lee Correctional Institution
990 Wisacky Highway
Bishopville, SC 29010

    No. 19-60662    Dennis Hopkins, et al v. Delbert Hosemann
                        USDC No. 3:18-CV-188
                        USDC No. 3:18-CV-188

Dear Mr. Crawford,

We received your document of January 7, 2020 entitled Interested Party with Exhibit. In light of you are not a party to the appeal, we are taking no action on these documents.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Mary Stewart*
                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Krissy C. Nobile
    Mr. Louis Peter Petrich
    Mr. Carroll E. Rhodes
    Mr. Joseph Patrick Sakai
    Ms. Caren E. Short
    Mr. Joshua Tom
    Mr. Andrew T. Tutt
    Ms. Paloma Wu
    Mr. Jonathan K. Youngwood