The Court of Appeals
For The Fifth Circuit et al.

Docket No. (s)  19-60678;
19-60662 et al.

U.S. COURT OF APPEALS
RECEIVED
JAN 17 2020
FIFTH CIRCUIT

Lawrence L Crawford aka Jonah
Gabriel Tahtah T Tish bite et. al.
interested party

vs.

Ron Harnes , Mr Hopkins et
al. plaintiffs
Respondents

1 of 3

Vs.

DELBERT HOSEMAN, SECRETARY of
mississippi; The United States
et Al,

Respondents

Affidavit of SERVICE

I, Jahtah Al mahdi et al,
do hereby certify, that we have
mailed and or served a copy of
an Affidavit of Facts Giving
Judicial Notice, motion to
supplement the motion to inter-

2 of 3

[illegible], LLC v Munoz, 924 F3d 252
(5th Cir 2019)

Mississippi College

[illegible] [illegible] [illegible] [illegible]

January 14 2020

venue and further the right via default on the mandamus and motion to motion therefor on the 5th circuit by us mail postage prepaid by depositing it in the institution mailbox on JANUARY

4, 2020.

Respectfully
Jah jah al mahdi

JANUARY 4, 2020

3 of 3