LAWRENCE L CRAWFORD AKA
JOSIAH GABRIEL JAHJAH T. TISHBITE
#300839 BA-RM 145
LEE C.I. 990 Wisacky Hwy
Bishopville SC 29010

IN RE CASES 19-60662 ¢ 19-60678

~~[scribbled out]~~

To The 5th circuit,

Can you please see that a copy of the attached documents are filed in the cases captioned above.

Thank you

January 10, 2020