U.S. COURT OF APPEALS RECEIVED JAN 31 2020 FIFTH CIRCUIT

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 FBA-RM LL45
LEE C.I. 990 Wisacky Hwy
Bishopville SC 29010

IN RE to CASES 19-60662 And
19-60678

TO: THE SENIOR CHIEF
JUDGE,
    I AM RESPECTFULLY SEEKING
A RULING OF LAW ON PROCEDURE
HERE AND I RESPECTFULLY ASK

1 OF 5

that you admonish the judges in these cases to stop using this case manager to engage in fraud and circumvent ruling on the submitted pleading." From what I can gather from the case manager, the possibility exist that they filed the document initially filed to intervene in cases 19-60662 and 19-60678 only in case 19-60011 despite the cover letter giving clear instruction that the documents were to be filed in all (3)

2 of 5

Cases 19-60011, 19-60662 And 19-60678. Can you please instruct the case manager in both these cases to ensure that a copy of the initial motion to intervene in cases 19-60662 And 19-60678, that may have been filed in case 19-60011 only despite my instruction to the court, are to be filed in all (3) of these cases?

Further this pleading constitute a motion to intervene in both cases 19-60662 And 19-60678 pending unless a final ruling has been made in cases

3 of 5

19-60662 and 19-60678. If such is the case I seek that the pleading be construed as also motion to vacate any such orders and demand rehearing en banc in both cases 19-60662 and 19-60678. Please see that these pleadings are filed in both case 19-60662 and 19-60678 for an appropriate ruling. If I were allowed a ruling on my motion to intervene in case 19-10011, I am entitled to the same courtesy regarding

4 of 5

cases 19-60662 and 19-60678 to permit me to file any necessary subsequent appeal to resolve any adverse ruling. I motion for a ruling of law from you senior chief judge on these procedural matters since it is obvious that a controversy has occurred between the case manager and I. I Thank you in advance please have the clerk clock stamp the additional page and return it to me once the documents are filed

Respectfully
Jakrah Almahdi

JANUARY 23, 2020

sofs