# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 05, 2020

#300839  
Mr. Lawrence Crawford  
Lee Correctional Institution  
990 Wisacky Highway  
Bishopville, SC 29010

    No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et al v. Delbert Hosemann  
    USDC No. 3:18-CV-188

Dear Mr. Crawford,

We received your Affidavit of Service and attachments to this document. In light of you are not a party to the appeal, we are taking no action on these documents.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Mary Stewart_  
Mary C. Stewart, Deputy Clerk  
504-310-7694

cc:  
    Ms. Nancy Abudu  
    Ms. Janet A. Gochman  
    Ms. Lisa S. Graybill  
    Mr. Justin Lee Matheny  
    Ms. Krissy C. Nobile  
    Mr. Louis Peter Petrich  
    Mr. Carroll E. Rhodes  
    Mr. Joseph Patrick Sakai  
    Ms. Caren E. Short  
    Mr. Joshua Tom  
    Mr. Andrew T. Tutt  
    Ms. Paloma Wu  
    Mr. Jonathan K. Youngwood