No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

LAWRENCE L. CRAWFORD AKA — PETITIONER
(Your Name)

VS.

THE UNITED STATES ET. AL., — RESPONDENT(S)

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

Please check the appropriate boxes:

☐ Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):
9:18-cv-01408-TLW-BM; 9:19-cv-1400-TLW-BM (S.C.);1:18-cv-13459 (N.J.)

2013-CP-400-0084 WHICH IS THE SOURCE OF THE CONTROVERSY.

☐ Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

☒ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: _____
_____, or

☐ a copy of the order of appointment is appended.

SEE ATTACHED PAGE.

_____
(Signature)

U.S. COURT OF APPEALS RECEIVED MAR 09 2020 FIFTH CIRCUIT

I GIVE THE UNITED STATES SUPREME COURT AND ALL PARTIES JUDICIAL NOTICE. THE MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS IS ALSO BEING FILED ARGUING THREAT OF IMMINENT DANGER. DUE TO THE PROCEEDINGS BEFORE THE COURTS INVOLVING THIS MULTI-DISTRICT LITIGATION. THE DEFENDANTS DUE TO THE EXTRAORDINARY CIRCUMSTANCES ARGUED IN THIS CASE, CONCEALING UNDER THE GUISE OF A TRANSFER DUE TO S.C. DEPT. OF CORRECTIONS SEPARATION POLICY WHERE THESE INDIVIDUALS SENT A CLOSET HOMOSEXUAL CLERGY TO TAKE STEPS TO ASSAULT THE PETITIONER TO JUSTIFY THE RECENT TRANSFER TO LEE CORRECTIONAL INSTITUTION. THE DEFENDANTS IN THIS CASE HAVE MADE SEVERAL ATTEMPTS AT MY LIFE IN THE PAST WHICH IS A CONSISTENT PATTERN OF THESE DEFENDANTS, THAT BY THE GRACE AND MERCY OF GOD I SURVIVED, BUT NOT WITHOUT LIFE LONG SCARS AND LIVING IN A STATE OF CONSISTANT FEAR OF REPRISSAL AND THEIR NEXT ATTACK. THEY HAVE NOW TRANSFERRED ME TO THE DORM WHERE THE RECENT RIOT AND MASS KILLING OF (11) INMATES TOOK PLACE THAT WAS HIGHLIGHTED IN THE MEDIA NATIONALLY. IT WAS THE CONSPIRING DEFENDANTS PRACTICE IN THE PAST TO PAY AND OR SOLICIT OR ENCOURAGE OTHER INMATES TO INITIATE THESE CRIMINAL ATTACKS. THE PETITIONER ASSERTS AND FEELS THAT THE SAME IS POTENTIALLY OCCURRING HERE WHERE HE JUST RECENTLY FOUGHT OF (3) SEPARATE INCIDENTS OF SUCH ATTEMPTED ASSAULTS THAT BEAR NEXUS TO THESE PENDING CASES DUE TO THE EXTRAORDINARY CLAIMS THE PETITIONER MAKES BEFORE THIS COURT THAT WERE DEFAULTED ON BY THE DEFENDANTS INVOLVED WITHIN A COURT OF COMPETENT JURISDICTION. FURTHER, THERE IS AN IMMINENT THREAT OF THE DESTRUCTION AND OR SPOLIATION OF ESSENTIAL EVIDENCE OF ACTUAL INNOCENCE RELATED TO THE OBTAINING OF DNA, THAT SINCE THE PARTIES SPOLIATED THE FINAL ORDER IN CASE 2006-CP-400-0552 TO PREVENT THE CRIMINAL LIABILITY CLAIMS FROM BEING TRANSFERRED TO FEDERAL JURISDICTION AS IS ARGUED UNDER CASE 9:19-cv-1400-TLW-BM IN THE S.C. DISTRICT COURT. THE DNA EVIDENCE OF CONCERN AS WELL AS THE S.L.E.D. INVESTIGATIVE FILE, WITH THE GRAND JURY PANEL DOCUMENTS, IN THE HANDS OF THE DEFENDANTS, WHICH ALSO CONTAIN EVIDENCE OF ACTUAL INNOCENCE IN THEIR EFFORTS TO ILLEGALLY KIDNAP AND FRAME A FOREIGN SOVEREIGN OFFICIAL AND HEIR IS AT SUBSTANTIAL RISK IF THE U.S. SUPREME COURT FAILS TO TAKE ACTION. THUS, THREAT OF IMMINENT

DANGER IS BEING ARGUED FOR THE PURPOSE OF FILING MOTION TO PROCEED IN FORMA PAUPERIS. THIS THREAT OF IMMINENT DANGER EXIST AT THE TIME OF THIS FILING.