

LAWRENCE L. CRAWFORD AKA.
JONAH GABRIEL JAHJAH T. TISHBITE
#300839   F3A-RM.1145
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

IN RE: TO GIVING THE 5TH. CIRCUIT NOTICE OF SEEKING WRIT OF MANDAMUS RELATED TO CASES 19-10011; 19-60662 AND 19-60678.

TO: THE 5TH. CIRCUIT COURT OF APPEALS,

THE PETITIONER IN THE ABOVE CAPTIONED MATTERS GIVE THE 5TH. CIRCUIT AND ALL INVOLVED PARTIES NOTICE OF THE SEEKING OF WRIT OF MANDAMUS AND INJUNCTIVE RELIEF BEFORE THE UNITED STATES SUPREME COURT. PLEASE SEE THAT A COPY OF THIS FILING IS PLACED WITHIN ALL (3) CASES CAPTIONED ABOVE. I THANK YOU IN ADVANCE.

RESPECTFULLY,
JAHJAH AL MAHDI

MARCH 4, 2020