# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 17, 2020

#300839
Mr. Lawrence Crawford
Lee Correctional Institution
990 Wisacky Highway
Bishopville, SC 29010

    No. 19-60662 Consolidated with 19-60678 Dennis Hopkins, et al v. Delbert Hosemann
    USDC No. 3:18-CV-188

Dear Mr. Crawford,

We received your petition for writ of mandamus, protective order, injunction, motion for leave to proceed in forma pauperis and affidavit or declaration in support of motion for leave to proceed in forma pauperis.. In light of all documents were addressed to the Supreme Court of the United States, we are taking no action on this motion.

Mr. Crawford is not a party to this appeal.

    Sincerely,

    LYLE W. CAYCE, Clerk

    *Mary Stewart*

    By: _____
    Mary C. Stewart, Deputy Clerk
    504-310-7694

cc:
    Ms. Nancy Abudu
    Ms. Janet A. Gochman
    Ms. Lisa S. Graybill
    Mr. Justin Lee Matheny
    Ms. Krissy C. Nobile
    Mr. Louis Peter Petrich
    Mr. Carroll E. Rhodes
    Mr. Joseph Patrick Sakai
    Ms. Caren E. Short
    Mr. Joshua Tom
    Mr. Andrew T. Tutt
    Ms. Paloma Wu
    Mr. Jonathan K. Youngwood