Lawrence L Crawford aka
Jonah Gabriel Jah Jah T. Tishbite
#300839 F3A Rm 1145
Lee C.I. 990 Wisacky Hwy
Bishopville, SC 29010

U.S. COURT OF APPEALS RECEIVED APR 13 2020 FIFTH CIRCUIT

In Re Cases 19-60662, 19-60678

And 19-10011

To: 5th Circuit,

Please see that a copy of the attached documents are filed in all (3) cases captioned above. Thank you.

Respectfully,
Jahjah Al Mahdi

April 7, 2020

# The Court of Appeals for the Fifth Circuit et. al.

Appeal from the Texas District Court; the Mississippi District Court; the SC Richland Court; the SC US District Court et. al.

---

Docket case(s) 19-60662; 19-60678; 19-60611 et. al.,

---

Lawrence L Crawford aka Jonah Gabriel Jah Jah T. Tishbite et. al

Interested parties

U.S. COURT OF APPEALS RECEIVED APR 13 2020 FIFTH CIRCUIT

US

1 of 4

Ron Harnes, MR Hopkins et al
plaintiffs

          petitioner(s)

vs.

Delbert Hoseman, Secretary of mississippi, The United states et al

          Respondents

---

Affidavit of Facts Giving Judicial Notice and Service

---

In re to: Writ of Mandamus Under 19-8136

2 of 4

To: The 5th Circuit Court of Appeals et al.,

This document is to give the 5th Circuit in all (3) cases captioned and all parties that are a part of these cases judicial notice that writ of mandamus was filed March 10, 2020 and placed on the docket March 30, 2020. This gives all parties notice that a response is due if you desire to submit one. Timelines by US Supreme

3 of 4

court rules attach to such response. I seek that the 5th circuit serve all parties electronically of the case under 19-8136. This is service to allow them to respond through this court.

Respectfully,
Jahjah Al Mahdi

[signature]

April 5, 2020

4 of 4

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 30, 2020

Mr. Lawrence Crawford
Prisoner ID #300839
Lee CI
990 Wisacky Hwy
Bishopville, SC 29010

Re: In Re Lawrence Crawford, Petitioner
No. 19-8136

Dear Mr. Crawford:

The petition for a writ of mandamus in the above entitled case was filed on March 10, 2020 and placed on the docket March 30, 2020 as No. 19-8136.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

Scott S. Harris, Clerk

by C. H[...]

Clara Houghteling
Case Analyst

Enclosures



U.S. COURT OF APPEALS
RECEIVED
APR 13 2020
FIFTH CIRCUIT

# Supreme Court of the United States

Lawrence Crawford
    (Petitioner)

v.                                      No. 19-8136

THE UNITED STATES ET. AL.,
    (Respondent)

To _____ Counsel for Respondent:

**NOTICE IS HEREBY GIVEN** that a petition for writ of mandamus in the above-entitled case was filed in the Supreme Court of the United States on March 10, 2020, and placed on the docket March 30, 2020.

Beginning November 13, 2017, parties represented by counsel must submit filings through the Supreme Court's electronic filing system. Paper remains the official form of filing, and electronic filing is in addition to the existing paper submission requirement. Attorneys must register for the system in advance, and the registration process may take several days. Further information about the system can be found at https://www.supremecourt.gov/filingandrules/electronicfiling.aspx.

                                  Mr. Lawrence Crawford
                                  Lee CI
                                  990 Wisacky Hwy
                                  Bishopville, SC  29010

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# WAIVER

## Supreme Court of the United States

No. 19-8136

Lawrence Crawford     v.     THE UNITED STATES ET. AL.,
(Petitioner)                (Respondent)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

☐ I am a member of the Bar of the Supreme Court of the United States.

☐ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _____

Date: _____

(Type or print) Name_____
         ☐ Mr.     ☐ Ms.     ☐ Mrs.     ☐ Miss

Firm_____

Address_____

City & State_____ Zip _____

Phone _____

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.



Lawrence L Crawford
#300859 B3A-RM 115
Lee CI 990 Wisacky Hwy
Bishopville, SC 29010

Court of Appeals
for the fifth Circuit
600 S. Maestri Place
New Orleans, LA
70130