# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

April 14, 2020

#300839
Mr. Lawrence Crawford
Lee Correctional Institution
990 Wisacky Highway
Bishopville, SC 29010

    No. 19-60662    Dennis Hopkins, et al v. Delbert Hosemann
                           USDC No. 3:18-CV-188
                           USDC No. 3:18-CV-188

Dear Mr. Crawford,

We received your letter on April 13, 2020.

The case number that you provided 19-60662, does not show that you are a party in this appeal.  We are taking no action on this letter.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Majella A. Sutton, Deputy Clerk
                              504-310-7680