# No. 19-60662

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees*

V.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

*Defendant-Appellant*

(*Continuation of Caption on Following Page*)
_____

**On Appeal from the United States District Court
for the Southern District of Mississippi**

_____

_____

**Consolidated with No. 19-60678**

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees Cross-Appellants*

V.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

*Defendant-Appellant Cross-Appellee*

_____

# UNOPPOSED MOTION OF ATTORNEY KRISSY C. NOBILE TO WITHDRAW AS COUNSEL

Krissy C. Nobile of the Mississippi Attorney General's Office respectfully moves this Court to enter an order granting her leave to withdraw as counsel of record for Defendant-Appellant Cross-Appellee the Mississippi Secretary of State, in his official capacity. The Mississippi Secretary of State will continue to be represented by Justin Matheny of the Mississippi Attorney General's Office.

Counsel of record have been advised of undersigned counsel's intent to withdraw to which they have no objection. Thus, the change will not result in delay or other prejudice to any party.

        Respectfully submitted,

BY:   LYNN FITCH,
        Attorney General of Mississippi

By:   /s/ *Krissy C. Nobile*
       Krissy C. Nobile, MSB #103577
        *Deputy Solicitor General*
       Justin L. Matheny, MSB # 100754
        *Assistant Solicitor General*
       P.O. Box 220
       Jackson, Mississippi 39205-0220
       Telephone: (601) 359-3680
       E-mail: justin.matheny@ago.ms.gov
              krissy.nobile@ago.ms.gov

*Counsel for the Secretary of State*

## CERTIFICATE OF CONFERENCE

I certify that on April 29, 2021, I conferred with counsel for Plaintiffs-Appellees Cross-Appellants. They do not oppose this motion.

/s/ Krissy C. Nobile
Krissy C. Nobile

## CERTIFICATE OF SERVICE

I certify that on April 29, 2021, I electronically filed this motion with the Clerk of the Court, using the electronic filing system, which sent notification of such filing to all counsel of record.

/s/ Krissy C. Nobile
Krissy C. Nobile

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with Federal Rules of Appellate Procedure 32(g)(1) and 27(d)(2)(A) because it contains fewer than 5,200 words and was prepared in Microsoft Word using 14-point Century typeface.

/s/ Krissy C. Nobile
Krissy C. Nobile