# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 29, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

　　No. 19-60662 Consolidated with 19-60678 Hopkins v. Hosemann
　　　　USDC No. 3:18-CV-188

The court has taken the following action in this case:

The court has granted the motion of attorney Krissy C. Noble to withdraw as counsel for Delbert Hosemann.

Attorney Justin Matheny will continue to represent Delbert Hosemann in this case.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　*Mary Stewart*
　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Mary C. Stewart, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7694

Ms. Nancy Abudu
Ms. Janet A. Gochman
Ms. Lisa S. Graybill
Mr. Justin Lee Matheny
Ms. Krissy C. Nobile
Mr. Louis Peter Petrich
Mr. Carroll E. Rhodes
Mr. Joseph Patrick Sakai
Ms. Caren E. Short
Mr. Joshua Tom
Mr. Andrew T. Tutt
Ms. Paloma Wu
Mr. Jonathan K. Youngwood