**No. 19-60662**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTERWAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees*

V.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

*Defendant-Appellant*

(*Continuation of Caption on Following Page*)

**On Appeal from the United States District Court
for the Southern District of Mississippi**

**Consolidated with No. 19-60678**

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees Cross-Appellants*

V.

SECRETARY OF STATE DELBERT HOSEMANN, in his official capacity,

*Defendant-Appellant Cross-Appellee*

## UNOPPOSED MOTION OF CAREN E. SHORT
## TO WITHDRAW AS COUNSEL

Caren E. Short of the Southern Poverty Law Center moves this Court to enter an order granting her leave to withdraw as counsel of record for Plaintiffs-Appellees Cross-Appellants. Jade Morgan of the Southern Poverty Law Center will remain as counsel to the Plaintiffs in this matter.

Counsel of record have been advised of the undersigned counsel's intent to withdraw to which they have no objection. Thus, the change will not result in delay or other prejudice to any party.

Respectfully submitted,                /s/ Caren E. Short

Caren E. Short*
Southern Poverty Law Center
150 E. Ponce de Leon Ave.
Suite 340
Decatur, GA 30030
Main: (404) 521-6700
Fax: (404) 221-5857
caren.short@splcenter.org

*Counsel for Plaintiffs-Appellees Cross-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 22nd day of April, 2022

/s/*Caren E. Short*  
Caren E. Short

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with Federal Rules of Appellate Procedure 32(g)(1) and 27(d)(2)(A) because it contains fewer than 5,200 words and was prepared in Microsoft Word using 14-point Times New Roman typeface.

/s/*Caren E. Short*  
Caren E. Short