# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 25, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-60662  Hopkins v. Hosemann
              USDC No. 3:18-CV-188

The court has taken the following action in this case:

The court has granted the motion of attorney Caren E. Short to withdraw as counsel for Appellees/Cross-appellants.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Ms. Nancy Abudu
Ms. Janet A. Gochman
Ms. Lisa S. Graybill
Mr. Arthur S. Johnston III
Mr. Justin Lee Matheny
Mr. Louis Peter Petrich
Mr. Carroll E. Rhodes
Mr. Joseph Patrick Sakai
Mr. Joshua Tom
Mr. Andrew T. Tutt
Ms. Paloma Wu
Mr. Jonathan K. Youngwood