**SPLC LOUISIANA**

Southern Poverty Law Center
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
splcenter.org

July 11, 2023

E- FILED via CM/ ECF

Mr. Lyle W. Cayce, Clerk of Court
U.S Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> **RE:** Withdrawal of Nancy Adubu from *Hopkins et al v. Hosemann*, No. 19-60662, consolidated with *Hopkins et al* v. Hosemann, No. 19-60678

Dear Mr. Cayce,

Nancy Adubu has resigned from the Southern Poverty Law Center upon Ms. Adubu being confirmed to the United States Court of Appeals for the Eleventh Circuit. We kindly ask for Ms. Adubu to be withdrawn as counsel for the Plaintiffs-Appellees Cross- Appellants. The Southern Poverty Law Center remains qualified, well-resourced, and well equipped to represent the Plaintiffs-Appellees Cross- Appellants and will continue to do so. Ms. Abudu's withdrawal will in no way prejudice the Plaintiffs- Appellees Cross- Appellants.

Best Regards,
*/s/ Ahmed Soussi*
**Ahmed Soussi**
Main: (334) 213-8303
ahmed.soussi@splcenter.org
*Counsel for Plaintiffs-Appellees Cross- Appellants*

cc: All counsel of record (by CM/ECF)