# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 4, 2023
Lyle W. Cayce
Clerk

No. 19-60662

Dennis Hopkins, *individually and on behalf of a class of all others similarly situated*; Herman Parker, Jr., *individually and on behalf of a class of all others similarly situated*; Walter Wayne Kuhn, Jr., *individually and on behalf of a class of all others similarly situated*; Bryon Demond Coleman, *individually and on behalf of a class of all others similarly situated*; Jon O'Neal, *individually and on behalf of a class of all others similarly situated*; Earnest Willhite, *individually and on behalf of a class of all others similarly situated*,

*Plaintiffs—Appellees*,

versus

Secretary of State Delbert Hosemann, *in his official capacity*,

*Defendant—Appellant*,

consolidated with

No. 19-60678

Dennis Hopkins, *individually and on behalf of a class of all others similarly situated*; Herman Parker, Jr., *individually and on behalf of a class of all others similarly situated*; Walter Wayne Kuhn, Jr., *individually and on behalf of a class of all others similarly situated*; Jon O'Neal, *individually and on behalf of a class of all others similarly situated*; Earnest Willhite, *individually and on behalf of a class of all others similarly situated*; Bryon Demond Coleman, *individually and on*

No. 19-60662
c/w No. 19-60678

*behalf of a class of all others similarly situated*,

*Plaintiffs—Appellees Cross-Appellants*,

*versus*

SECRETARY OF STATE DELBERT HOSEMANN IN HIS OFFICIAL CAPACITY,

*Defendant—Appellant Cross-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-188

_____

Before KING, JONES, and DENNIS, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the district court's grant of summary judgment to the Secretary on Plaintiffs' Eighth Amendment claim is REVERSED and judgment for Plaintiffs on that claim is RENDERED. The case is REMANDED with instructions that the district court grant relief declaring Section 241 unconstitutional and enjoining the Secretary from enforcing Section 241 against the Plaintiffs and the members of the class they represent.

IT IS FURTHER ORDERED that each party to bear own costs pay to the costs on appeal to be taxed by the Clerk of this Court.

Edith H. Jones, *Circuit Judge*, dissenting.