# United States Court of Appeals
# for the Fifth Circuit

---

No. 19-60662

---

Dennis Hopkins, *individually and on behalf of a class of all others similarly situated*; Herman Parker, Jr., *individually and on behalf of a class of all others similarly situated*; Walter Wayne Kuhn, Jr., *individually and on behalf of a class of all others similarly situated*; Bryon Demond Coleman, *individually and on behalf of a class of all others similarly situated*; Jon O'Neal, *individually and on behalf of a class of all others similarly situated*; Earnest Willhite, *individually and on behalf of a class of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

Secretary of State Delbert Hosemann, *in his official capacity*,

*Defendant—Appellant*,

consolidated with

---

No. 19-60678

---

Dennis Hopkins, *individually and on behalf of a class of all others similarly situated*; Herman Parker, Jr., *individually and on behalf of a class of all others similarly situated*; Walter Wayne Kuhn, Jr., *individually and on behalf of a class of all others similarly situated*; Jon O'Neal, *individually and on behalf of a class of all others similarly situated*; Earnest Willhite, *individually and on behalf of a class of all others similarly situated*; Bryon Demond Coleman, *individually and on*

No. 19-60662
c/w No. 19-60678

*behalf of a class of all others similarly situated*,

*Plaintiffs—Appellees Cross-Appellants*,

*versus*

Secretary of State Delbert Hosemann in his official capacity,

*Defendant—Appellant Cross-Appellee.*

_____

Appeals from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-188

_____

ORDER:

IT IS ORDERED that Appellant's motion for an extension of 14 days, or, to and including September 1, 2023, to file a petition for rehearing/petition for rehearing en banc is DENIED.

/s/ James L. Dennis
James L. Dennis
*United States Circuit Judge*