# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2023

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

No. 19-60662 cons. w/ 19-60678 Hopkins v. Hosemann
      USDC No. 3:18-CV-188

Dear Counsel:

The court directs a response be filed to the petition for rehearing en banc filed in these consolidated cases. The response is to be filed on or before August 31, 2023. Pursuant to Fed. R. App. P. 35(e), the length limits in Rule 35(b)(2) apply to the response.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc:  Ms. Janet A. Gochman
     Mr. Bradley E. Heard
     Mr. Justin Lee Matheny
     Mr. R. Trent McCotter
     Mr. Louis Peter Petrich
     Mr. Carroll E. Rhodes
     Mr. Joseph Patrick Sakai
     Mr. Ahmed Soussi
     Mr. Joshua Tom
     Mr. Andrew T. Tutt