# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 28, 2023

Ms. Janet A. Gochman
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

Mr. Bradley E. Heard
Southern Poverty Law Center
150 E. Ponce de Leon Avenue
Suite 340
Decatur, GA 30030

Ms. Leslie Faith Jones
Southern Poverty Law Center
111 E. Capitol Street
Suite 280
Jackson, MS 39201

Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201

Mr. Ahmed Soussi
Southern Poverty Law Center
201 Saint Charles Avenue
Suite 2000
New Orleans, LA 70170

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

          Consolidated Nos. 19-60662 & 19-60678 Hopkins v. Hosemann
                         USDC No. 3:18-CV-188

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellant will have until October 30, 2023, to file an en banc brief and the Appellees' en banc brief is due on November 29, 2023. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellees). The case will be heard sometime during the week of January 22, 2024. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by October 12, 2023. Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. R. Trent McCotter
    Mr. Louis Peter Petrich
    Mr. Carroll E. Rhodes
    Mr. Joseph Patrick Sakai
    Mr. Joshua Tom
    Mr. Andrew T. Tutt