# United States Court of Appeals for the Fifth Circuit

No. 19-60662

Dennis Hopkins, *individually and on behalf of a class of all others similarly situated*; Herman Parker, Jr., *individually and on behalf of a class of all others similarly situated*; Walter Wayne Kuhn, Jr., *individually and on behalf of a class of all others similarly situated*; Bryon Demond Coleman, *individually and on behalf of a class of all others similarly situated*; Jon O'Neal, *individually and on behalf of a class of all others similarly situated*; Earnest Willhite, *individually and on behalf of a class of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

Secretary of State Michael Watson, *in his official capacity*,

*Defendant—Appellant*,

consolidated with

No. 19-60678

Dennis Hopkins, *individually and on behalf of a class of all others similarly situated*; Herman Parker, Jr., *individually and on behalf of a class of all others similarly situated*; Walter Wayne Kuhn, Jr., *individually and on behalf of a class of all others similarly situated*; Jon O'Neal, *individually and on behalf of a class of all others similarly situated*; Earnest Willhite, *individually and on behalf of a class of all others similarly situated*; Bryon Demond Coleman, *individually and on*

No. 19-60662
c/w No. 19-60678

*behalf of a class of all others similarly situated*,

          *Plaintiffs—Appellees Cross-Appellants*,

*versus*

SECRETARY OF STATE MICHAEL WATSON, *in his official capacity,*

          *Defendant—Appellant Cross-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-188

_____

ORDER:

 IT IS ORDERED that the motion of Separation of Powers Clinic for leave to file an amicus curiae brief in support of rehearing en banc is GRANTED.

_____
PRISCILLA RICHMAN
*United States Circuit Judge*