**No. 19-60662**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

DENNIS HOPKINS, *individually and on behalf of a class of all others similarly situated*; HERMAN PARKER, JR., *individually and on behalf of a class of all others similarly situated*; WALTER WAYNE KUHN, JR., *individually and on behalf of a class of all others similarly situated*; BRYON DEMOND COLEMAN, *individually and on behalf of a class of all others similarly situated*; JON O'NEAL, *individually and on behalf of a class of all others similarly situated*; EARNEST WILLHITE, *individually and on behalf of a class of all others similarly situated*,

*Plaintiffs-Appellees*,

v.

SECRETARY OF STATE MICHAEL WATSON, *in his official capacity*,

*Defendant-Appellant.*

CONSOLIDATED WITH
Case No. 19-60678

DENNIS HOPKINS, *individually and on behalf of a class of all others similarly situated*; HERMAN PARKER, JR., *individually and on behalf of a class of all others similarly situated*; WALTER WAYNE KUHN, JR., *individually and on behalf of a class of all others similarly situated*; JON O'NEAL, *individually and on behalf of a class of all others similarly situated*; EARNEST WILLHITE, *individually and on behalf of a class of all others similarly situated*; BRYON DEMOND COLEMAN, *individually and on behalf of a class of all others similarly situated*,

*Plaintiffs-Appellees Cross-Appellants,*

v.

SECRETARY OF STATE MICHAEL WATSON, *in his official capacity*,

*Defendant-Appellant Cross-Appellee.*

**On Appeal from the United States District Court**
**for the Southern District of Mississippi, No. 3:18-CV-188**

**UNOPPOSED MOTION FOR LEAVE TO FILE EN BANC BRIEF OF**
***AMICI CURIAE* FAITH-BASED ORGANIZATIONS AND RELIGIOUS**
**LEADERS IN SUPPORT OF PLAINTIFFS-APPELLEES**

i

December 6, 2023

Patrick Berry
Sean Morales-Doyle
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
berryp@brennan.law.nyu.edu
morales-doyles@brennan.law.nyu.edu

Matthew W. Walch
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
(312) 876-7700
matthew.walch@lw.com

*Counsel of Record for Amici Curiae
Texas Impact, et al.*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), *amici*—thirty faith-based organizations and religious leaders—hereby move for leave to file the attached brief as *amici curiae* in support of Plaintiffs-Appellees.  All parties have consented to the filing of this brief.

Despite their varied religious beliefs and worldviews, *amici* all stand united in their belief that all individuals, including those convicted of crimes, are deserving of mercy, forgiveness, compassion, and redemption.  Mississippi's practice of permanently disenfranchising individuals who have served their time and are living and working in their communities runs counter to these values.  Such a harsh and permanent sanction serves no legitimate penological purpose and offends modern standards of decency, standards which are modeled in large part on the moral frameworks of *amici*'s faith traditions.

The views of religious groups have historically played an important role in Eighth Amendment analyses concerning the ethical treatment of those convicted of crimes, an issue that draws upon questions of morality and decency.  *Amici*, representing a diverse group of faith-based organizations and religious leaders, the majority of which/whom are within the Fifth Circuit, are uniquely positioned to provide a religious perspective on permanent disenfranchisement and explain how the practice violates our collective moral values and standards.  This exposition can provide valuable context for this Court to consider when determining whether there

is a "national consensus" against permanent disenfranchisement laws and aid the Court's independent judicial determination of whether Section 241 is cruel and unusual, in addition to, and in support of, the arguments raised by Plaintiffs-Appellees. *See Atkins v. Virginia*, 536 U.S. 304, 316 n.21 (2002) (citing amicus briefs filed by religious organizations as "evidence" of a broad "social and professional consensus" against the execution of people with intellectual disabilities); *see also Bowen v. Kendrick*, 487 U.S. 589, 606-07 (1988) (noting the role of religious organizations in addressing secular problems in society); *Stanford v. Kentucky*, 492 U.S. 361, 388 n.4 (1989) (Brennan, J. joined by Marshall, Blackmun, and Stevens, JJ., dissenting) (noting the views of the religious community when analyzing the constitutionality of the juvenile death penalty).

December 6, 2023

s/ *Matthew W. Walch*
Matthew W. Walch
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
(312) 876-7700
matthew.walch@lw.com

Patrick Berry
Sean Morales-Doyle
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

berryp@brennan.law.nyu.edu
morales-doyles@brennan.law.nyu.edu

*Counsel of Record for Amici Curiae
Texas Impact, et al.*

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 30, 2023, movant emailed counsel regarding their position on this motion. The parties consented to this motion.

*s/ Matthew W. Walch*
Matthew W. Walch

## CERTIFICATE OF COMPLIANCE

I certify that the following brief complies with the type-volume limitations of Fed. R. App. P. 29(a)(5) and 5(c) because this brief contains 4763 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f). The brief's type size and type face comply with Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word using 14-point Times New Roman font.

*s/ Matthew W. Walch*
Matthew W. Walch

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2023, *amici curiae* Texas Impact, et al. caused the foregoing motion to be filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished on all counsel of record by the appellate CM/ECF system.

 *s/ Matthew W. Walch*
Matthew W. Walch