# In the United States Court of Appeals for the Fifth Circuit

No. 19-60662

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees,*

V.

SECRETARY OF STATE MICHAEL WATSON, in his official capacity,

*Defendant-Appellant.*

*(For Continuation of Caption See Reverse Side of Cover)*

On appeal from the United States District Court
for the Southern District of Mississippi, Northern Division
District Court Case No. 3:18-CV-188-DPJ-FKB

## MOTION TO FILE EN BANC BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND REVERSAL

Clark M. Neily III
Jay R. Schweikert
CATO INSTITUTE
1000 Mass. Ave., NW
Washington, DC 20001
(202) 842-0200
cneily@cato.org

Shana-Tara O'Toole
DUE PROCESS INSTITUTE
700 Pennsylvania Avenue SE #560
Washington, DC 20003
(202) 558-6683
shana@idueprocess.org

David J. Weiner
Andrew T. Tutt
Katie Weng
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
andrew.tutt@arnoldporter.com

Joseph A. Greenaway, Jr.
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
joseph.greenaway@arnoldporter.com

*Counsel for Amici Curiae*

December 6, 2023

**Consolidated with 19-60678**

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BYRON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees Cross-Appellants,*

v.

SECRETARY OF STATE MICHAEL WATSON, in his official capacity,

*Defendant-Appellant Cross-Appellee.*

## MOTION TO FILE EN BANC BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES

Pursuant to Fifth Circuit Rule 29.1, *amici curiae* the Cato Institute and Due Process Institute respectfully move for leave to submit an en banc *amicus* brief in support of Plaintiffs-Appellees.

*Amici* timely notified counsel of record for both parties prior to filing that *amici* intended to submit the attached *amicus* brief. Counsel for all parties consented.

*Amici* meet all of the Rule 29 criteria for *amicus* participation. Rule 29 provides that (1) *amici* must have a sufficient "interest" in the case, and (2) *amici*'s brief must be "desirable" and discuss matters "relevant to the disposition of the case." Fed. R. App. P. 29(a)(3)(A), (B); *see Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 129 (3d Cir. 2002) (Alito, J.); *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991) (reasoning that an *amicus* brief need only be "useful or otherwise necessary to the administration of justice"). These requirements are amply met here.

To the degree there is any doubt, "it is preferable to err on the side of granting leave" to file. *Neonatology*, 293 F.3d at 133. If an *amicus* brief is unhelpful, the Court can disregard it "without much trouble." *Id.*

"On the other hand, if a good brief is rejected, the merits panel will be deprived of a resource that might have been of assistance." *Id.* Rejecting *amicus* briefs "may also create at least the perception of viewpoint discrimination." *Id.*

*Amici* have a substantial interest in this case. The Cato Institute is a nonpartisan public-policy research foundation dedicated to advancing the principles of individual liberty, free markets, and free government. Due Process Institute is a nonprofit, bipartisan, public interest organization that works to honor, preserve, and restore procedural fairness in the criminal justice system. *Amici* are concerned about the tremendous social, political, and economic costs that accompany mass disenfranchisement resulting from the toxic combination of overcriminalization and disenfranchisement for comparatively minor crimes. *Amici* thus have a significant interest in challenging strict laws on disenfranchisement, which result in a significant proportion of citizens being disenfranchised for relatively minor crimes.

*Amici*'s brief will aid the Court's consideration of this case. The brief explains that the original understanding of the drafters and

enactors of the Fourteenth Amendment was that disenfranchisement should only apply to major crimes akin to treason or murder. The brief further explains the social costs of disenfranchisement, particularly in this era of overcriminalization.

For the foregoing reasons, the motion to file the en banc brief of *amici curiae* should be granted.

December 6, 2023

Respectfully submitted,

s/ *Andrew Tutt*

| | |
|---|---|
| Clark M. Neily III<br>CATO INSTITUTE<br>1000 Mass. Ave., NW<br>Washington, DC 20001<br>(202) 842-0200<br>cneily@cato.org | David J. Weiner<br>Andrew T. Tutt<br>Katie Weng<br>ARNOLD & PORTER<br>  KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>(202) 942-5000<br>andrew.tutt@arnoldporter.com |
| Shana-Tara O'Toole<br>DUE PROCESS INSTITUTE<br>700 Pennsylvania Avenue SE<br>#560<br>Washington, DC 20003<br>(202) 558-6683<br>shana@idueprocess.org | Joseph A. Greenaway, Jr.<br>ARNOLD & PORTER<br>  KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019<br>(212) 836-8000<br>joseph.greenaway@arnoldporter.com |

*Counsel for Amici Curiae*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed electronically on December 6, 2023 and will, therefore, be served electronically upon all counsel.

s/ *Andrew Tutt*

Andrew T. Tutt

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that

1.      This motion complies with the type-volume limitation of Fed. R. App. 27(d)(2) because this motion contains 430 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word and is set in Century Schoolbook font in a size equivalent to 14 points or larger.

*s/ Andrew Tutt*
Andrew T. Tutt

*Counsel for Amici Curiae*