# United States Court of Appeals

*for the*

# Fifth Circuit

---

### Case No. 19-60662

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; BRYON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees,*

v.

SECRETARY OF STATE MICHAEL WATSON,
in his official capacity,

*Defendant-Appellant.*

consolidated with

---

### Case No. 19-60678

DENNIS HOPKINS, individually and on behalf of a class of all others similarly situated; HERMAN PARKER, JR., individually and on behalf of a class of all others similarly situated; WALTER WAYNE KUHN, JR., individually and on behalf of a class of all others similarly situated; JON O'NEAL, individually and on behalf of a class of all others similarly situated; EARNEST WILLHITE, individually and on behalf of a class of all others similarly situated; BRYON DEMOND COLEMAN, individually and on behalf of a class of all others similarly situated,

*Plaintiffs-Appellees Cross-Appellants,*

v.

SECRETARY OF STATE MICHAEL WATSON,
in his official capacity,

*Defendant-Appellant Cross-Appellee.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON, IN
NO. 3:18-CV-188, HONORABLE DANIEL P. JORDAN, III, CHIEF JUDGE

# MOTION FOR LEAVE TO FILE BRIEF OF 13 NATIONAL AND MISSISSIPPI VOTING RIGHTS, CIVIL RIGHTS, AND RACIAL JUSTICE ORGANIZATIONS AND COALITIONS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES UPON REHEARING *EN BANC*

LAUREN E. AGUIAR
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001

*Counsel for Amici Curiae*



COUNSEL PRESS   (800) 4-APPEAL • (326018)

Pursuant to Rule 29(a)(3) of the Federal Rules of Appellate Procedure and Fifth Circuit Rule 29.1, Movants, 13 national and Mississippi voting rights, civil rights, and racial justice organizations and coalitions,[1] respectfully move this Court for leave to file a brief as *amici curiae* in support of Plaintiffs-Appellees upon rehearing *en banc* of this appeal. A copy of the proposed brief has been submitted with this motion. All parties have consented to the filing of this brief of a length up to 6,500 words.

## I.    INTERESTS OF THE MOVANTS

Movants are 13 national and Mississippi voting rights, civil rights, and racial justice organizations and coalitions committed to fighting unlawful discrimination and protecting the voting rights of Black Americans and other marginalized groups. Movants have a special interest in ending Mississippi's felony disenfranchisement scheme, which fundamentally disempowers the people and communities they serve and deprives individuals of opportunities to meaningfully participate in American society.

---

[1] Movants comprise: League of Women Voters, League of Women Voters of Mississippi, Mississippi Center for Justice, Black Voters Matter, Mississippi Poor People's Campaign, Mississippi Prison Reform Coalition, Mississippi State Conference NAACP, Mississippi Votes, NAACP Legal Defense and Educational Fund, Inc., One Voice, People's Advocacy Institute, RECH Foundation and Strong Arms of Mississippi.

## II.    MOVANTS' BRIEF IS USEFUL TO THE DISPOSITION OF THE ISSUES BEFORE THIS COURT

Movants are uniquely positioned to contribute to the informed consideration of the issues before this Court.  Through the services, programming and advocacy they provide, Movants deeply understand the impact that disenfranchisement has on individuals and their communities.  Specifically here, Movants have an important lens into the challenges faced by Black Mississippians who were disenfranchised under a scheme expressly designed to remove Black men from the political process, and who, despite completing their sentences, must continue to carry that burden.

First, Movants' proposed brief explores why the right to vote is fundamental and why the permanent removal of such a fundamental right is an exceptionally harsh, and cruel and unusual form of punishment.  It explains why permanent disenfranchisement is punishment without purpose, and why recognizing permanent disenfranchisement as punishment is not "incoherent."  *Hopkins v. Sec'y of State Hosemann*, 76 F.4th 378, 424 (5th Cir. 2023) (Jones, J., dissenting).  Next, Movants' proposed brief discusses the history of Section 241, from its conception as a tool to disenfranchise and disempower Black men through the disproportionate effect it has had and continues to have on the Black community to this day.  The proposed brief further explains how Section 241 perpetuates a cycle of disenfranchisement and underrepresentation among Black Mississippians.

**CONCLUSION**

Based on the foregoing, Movants respectfully ask this Court to grant this motion for leave to file a brief as *amici curiae* in support of Plaintiffs-Appellees upon rehearing *en banc* of this appeal and accept for filing the brief of *amici curiae* submitted contemporaneously with this motion.

DATED: December 6, 2023

Respectfully submitted,

/s/ Lauren E. Aguiar
Lauren E. Aguiar
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Counsel for Amici Curiae*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 6, 2023, a true and correct copy of the foregoing Motion for Leave to File Amicus Brief was served via electronic filing with the Clerk of Court and all registered ECF users.

DATED: December 6, 2023

Respectfully submitted,

<u>/s/ Lauren E. Aguiar</u>
Lauren E. Aguiar
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Counsel for Amici Curiae*

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that (1) this Motion was prepared in 14-point Times New Roman font using Microsoft Word software, (2) this Motion is 472 words, excluding those exempted by the rules of court, and (3) this Motion has been scanned for viruses and is virus-free.  Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13.

DATED: December 6, 2023

Respectfully submitted,

/s/ Lauren E. Aguiar
Lauren E. Aguiar
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Counsel for Amici Curiae*