# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 19, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

> Re:  Dennis Hopkins, et al.
>      v. Michael Watson, Mississippi Secretary of State
>      No. 24-560
>      (Your No. 19-60662, 19-60678)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 15, 2024 and placed on the docket November 19, 2024 as No. 24-560.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst

